UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 13 2014

DAVID J MALAND, CLERK
BY
DEPUTY_____

Huey P. Walters

Case Number: 1:14CV0096

Name of Plaintiff(s)

vs

BG Foods, Inc.
(McDonald's)
#4727

Name of Defendant(s)

Judge Clark

Judge Giblin

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, Huey Walters (name of plaintiff), is a citizen of the United States and resides at 9485 McLean (street address), Beaumont (city)

Jefferson (county), TX (state), 77707 (zip), (409)898-4229 (telephone)

3.. Defendant, BG Foods, Inc (McDonalds) resides at, or its business is
(name of defendant)

located at 190 I-H10 North, Beaumont
(street address)          (city)

Jefferson, TX, 77702, (409) 835-3183
(county)   (state)   (zip)   (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at 190 I-H10 North, Beaumont
(street address)          (city)

Jefferson, TX, 77702.
(county)   (state)   (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about March 02, 2012.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about August 25, 2012.
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on November 21, 2013.
(month day, year)

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _X_ sex,

    (4) _____ national origin, defendant:

    a. _____ failed to employ plaintiff.

    b. _X_ terminated plaintiff's employment.

    c. _____ failed to promote plaintiff.

    d. _X_ Other Sexual harassment

    _____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

    From the very first day of (02/28/12) working at McDonald's #4727 I was under pressure from employees asking about my sexuality. After addressing the occurrences with manager Jonathan Ellis the harassment got worse. Employees referred to me as a "faggot", "sissy" even so much as to say I was having sexual relations with another employee. Ultimately, I was falsely accused of giving food to my mother and was terminated. There has been no proof to support these allegations of theft.

10. The acts set forth in paragraph 9 of this complaint:

   a. \_\_\_\_\_ are still being committed by defendant.

   b. \_\_\_\_\_ are no longer being committed by defendant.

   c. __X__ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   a. \_\_\_\_\_ Defendant be directed to employ plaintiff.

   b. \_\_\_\_\_ Defendant be directed to re-employ plaintiff.

   c. \_\_\_\_\_ Defendant be directed to promote plaintiff.

   d. __X__ Defendant be directed to _____ and that the

Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

*[Signature]*
(Signature of Plaintiff)